**Order entered August 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00524-CV

**BRIAN CAYCE BERTRAND, Appellant**

**V.**

**JOHN DAVID BERTRAND AND ANDREA GAIL ROBINSON BETRAND, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-15646**

## ORDER

We **ORDER** the District Clerk to file before **August 29, 2014** a supplemental clerk's record containing the March 28, 2013 letter to the Honorable Gena Slaughter from Coyt Randal Johnston, Jr.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE